STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
RAYMOND A. GARCIA (State Bar No. 279884)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
  CITIMORTGAGE, INC.

**IT IS SO ORDERED**
Judge Edward J. Davila
12/6/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| SUSAN LERCH and MICHAEL CRUMB, individuals<br><br>            Plaintiffs,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; CITIMORTGAGE, INC.; ALLIANCEONE RECEIVABLES MANAGEMENT, INC.; and Does 1-10<br><br>            Defendants. | Case No. 5:13-cv-04710-EJD<br><br>**STIPULATION DEFERRING DEFENDANT CITIMORTGAGE, INC.'S RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>[Assigned to the Honorable Edward J. Davila]<br><br>Action Filed: October 9, 2013 |

WHEREAS, plaintiffs Susan Lerch and Michael Crumb ("Plaintiffs") filed their Complaint for actual, compensatory, punitive and restitution damages against defendants for (1) Failure to Establish Proper Procedures, 15 U.S.C. § 1681e; (2) Failure to Reinvestigate, 15 U.S.C. § 1681i; (3) Failure to Investigate, 15 U.S.C. § 1681s-2(B)(1)(A)-(E)); (4) Violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692; and (5) Violation of the California Rosenthal Fair Debt Collection Practices Act, Civil Code §§ 1788-1788.32 (the "Complaint") on October 9, 2013;

WHEREAS, on or about October 14, 2013, the Complaint was served on defendant CitiMortgage, Inc. ("CMI");

WHEREAS, on or about November 1, 2013, Plaintiffs and CMI stipulated to extend CMI's time to respond to the complaint to December 5, 2013;

WHEREAS, on or about December 3, 2013, counsel for Plaintiffs informed counsel for CMI that Plaintiffs intend to seek leave to file an amended complaint.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that no response by CMI to Plaintiffs' Complaint is due pending a stipulation or motion by Plaintiffs to file an amended complaint.

Dated: December 3, 2013

STEBURG LAW FIRM, PC
ANITA L. STEBURG

By: _____*/s/ Anita L. Steburg*_____
Anita L. Steburg

Attorneys for Plaintiffs
SUSAN LERCH and MICHAEL CRUMB

Dated: December 3, 2013

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
RAYMOND A. GARCIA

By: _____*/s/ Raymond A. Garcia*_____
Raymond A. Garcia

Attorneys for Defendant
CITIMORTGAGE, INC.

- 1 -
STIPULATION DEFERRING DEFENDANT CITIMORTGAGE, INC.'S
RESPONSE TO PLAINTIFFS' COMPLAINT
Case No. 5:13-cv-04710- EJD

LA 51703250

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2013, a copy of the foregoing **STIPULATION DEFERRING DEFENDANT CITIMORTGAGE, INC.'S RESPONSE TO PLAINTIFFS' COMPLAINT** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Raymond A. Garcia*
Raymond A. Garcia

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

CERTIFICATE OF SERVICE
Case No. 5:13-cv-04710- EJD

LA 51703250